UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                    19 CR 852 (PKC)

        -against-                                    ORDER

ANTONIO ALICEA,

                        Defendants.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S. District Judge:

        The bail hearing scheduled for December 20, 2019 is moved to December 19, 2019 at 11:15 a.m. in Courtroom 11D.

        SO ORDERED.

                                            P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
           December 13, 2019