UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                19-cr-852 (PKC)

      -against-

                                                ORDER

ANTONIO ALICEA,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The time of pretrial conference scheduled for January 31, 2020 is moved to 3:15 p.m. in Courtroom 11D.

        SO ORDERED.

                                                    P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
          January 15, 2020