**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 30, 2020

*Via ECF*

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Alicea,*
              **19 Cr. 852 (PKC)**

Dear Judge Castel:

      With the consent of the Government, I write to respectfully request that the Court adjourn the pretrial conference presently calendared for Friday, January 31, 2020 at 2 P.M. to Tuesday, October 8, 2020 at 11:45 A.M. The adjournment is requested to afford the defense additional time to review discovery with Mr. Alicea, to consider whether to file any motions, and for the parties to discuss a resolution of this matter short of trial.

      I have discussed this request with opposing counsel, Mr. Thomas John Wright, who consents to it on behalf of the Government.

      Thank you for your attention to this matter.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Tel.: (212) 417-8734

cc:    Thomas John Wright, AUSA (by ECF)

Upon the application of defense counsel, consented to by the government, the conference originally scheduled for January 31, 2020 is adjourned to February 20, 2020 at 11:45 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed to afford the defense additional time to review discovery with defendant, to consider whether to file any motions and for the parties to discuss a resolution of this matter.  Accordingly, the time between today and February 20, 2020 is excluded.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  January 31, 2020