UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                   19-cr-852 (PKC)

       -against-                                                                   ORDER

ANTONIO ALICEA,
                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The Court has received an application for temporary release from Antonio Alicea, a pretrial detainee. He is charged in a three-count superseding indictment with being a felon in possession of, among other things, a nine-millimeter Tanfoglio semi-automatic pistol. The incident leading to the charges is alleged to be a non-fatal shooting in which Alicea was a participant.

       At a previous appearance before this Court, his lawyer stated as follows:

> Mr. Alicea was interviewed by pretrial on Friday, but we reserved seeking his release because, in all candor, there's a very serious history of mental health issues for Mr. Alicea, and we're trying to identify placement for him. I'm working with our social workers this week.

(12/9/19 Tr. at 5.)

       By noon on April 16, 2020, Alicea's counsel shall transmit to the Court a description of the "very serious history of mental health issues" referred to in the above-quoted hearing and any proposed "placement" for Alicea, or other proposed conditions of release, including where and with whom he would reside.

       The government shall file a plenary response to the application for temporary release by April 17, 2020 at 3 p.m.

There will be a telephonic hearing on April 20, 2020 at 12 p.m. The call-in information is as follows:

    Dial-in: (888) 363-4749
    Access Code: 3667981

SO ORDERED.

                                          P. Kevin Castel
                                   United States District Judge

Dated: New York, New York
       April 14, 2020