

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 5, 2020

**By ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

> The status conference scheduled for September 10, 2020 is adjourned to October 8, 2020 at 9:00 a.m. Time is excluded under the speedy trial act until October 8, 2020 for the reasons set for in the government's letter dated September 5, 2020.
> SO ORDERED.
> Dated:  9/14/2020
>
> P. Kevin Castel
> United States District Judge

Re:    *United States v. Antonio Alicea*, S1 19 CR 852 (PKC)

Dear Judge Castel,

    The Government writes respectfully on behalf of the parties in response to information received from chambers that the conference scheduled for September 10, 2020 can now only proceed without the participation of the defendant.  For this reason, with the consent of the Government, the defendant requests respectfully an adjournment of the conference to a date and time that is convenient for the Court in the week of September 21, 2020 or thereafter, the earliest timeframe in which the parties understand that a videoconference could be scheduled pursuant to existing protocols in the courthouse.  Finally, with the defendant's consent, the Government requests respectfully that the Court exclude time under the Speedy Trial Act from September 10, 2020, through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in being able to appear before the Court and also having additional time to access and review discovery with counsel and to determine whether to bring any pretrial motions and consider further the possibility of any pre-trial disposition amidst the circumstances of the persisting national emergency.

    Respectfully,

    AUDREY STRAUSS
    Acting United States Attorney

By: *Thomas John Wright*
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

cc: Christopher Flood (Counsel to Defendant Antonio Alicea) (by ECF)