UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                19-cr-852 (PKC)

        -against-                                                        ORDER

ANTONIO ALICEA,

                       Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The trial of this action will commence on February 1, 2021 at 9:30 a.m. in a courtroom to be announced.

        Government request to charge, voir dire, Rule 404(b) evidence and any in limine motions due January 8, 2021.  Defendant's response to the foregoing and any defendant's request to charge, voir dire and in limine motions due January 20, 2021.

        Government to produce 3500 material by January 22, 2021.

        Final Pretrial Conference set for January 29, 2021 at 11 a.m. in Courtroom 11D.  The Conference scheduled for January 8, 2021 at 2 p.m. remains as scheduled, except that it will be telephonic.  The call-in number for the January 8 conference is 888-363-4749, Access Code 3667981.

        SO ORDERED.

                                                      P. Kevin Castel
                                                  United States District Judge

Dated:  New York, New York
            December 18, 2020