UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                19-cr-852 (PKC)

      -against-

                                                <u>ORDER</u>

ANTONIO ALICEA,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

       The next proceeding in this matter will be held telephonically on January 7, 2021 at 12 p.m. The call-in information for this teleconference is:

       <u>Dial-in</u>:      (888) 363-4749

       <u>Access Code</u>:  3667981

       SO ORDERED.

                                             P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
        December 29, 2020