# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 4, 2021

*Via ECF*
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Application GRANTED.

SO ORDERED.
Dated: 6/7/2021

P. Kevin Castel
United States District Judge

Re:   ***United States v. Alicea,***
      **19 Cr. 852 (PKC)**

Honorable Judge Castel:

With the consent of the Government, I write to respectfully request that the Court adjourn the sentencing hearing presently calendared for Tuesday, June 23, 2021, at 11 A.M. to Tuesday, August 31, 2021 at 11 A.M . The adjournment is requested to afford the defense additional time to review with Mr. Alicea the final Presentence Investigation Report while he is detained at the Brooklyn Metropolitan Detention Center and to prepare it sentencing submission.

I have discussed this request with opposing counsel, Mr. Thomas John Wright, who consents to it on behalf of the Government.

Thank you for considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Tel.: (212) 417-8734

cc:   Thomas John Wright, AUSA (by ECF)